IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AARON C. PORTER,

     **Plaintiff,**

v.                                     Case No.  4:20cv230-MW/HTC

MARK S. INCH, et al,

     **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's Objections to Report and Recommendation and Combined Motion for Leave to Amend and File Supplemental Complaint. ECF No. 9.  Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. Plaintiff's motion for leave to supplement his complaint, ECF No. 6, is **DENIED** as futile.  Plaintiff's combined motion for leave to amend and file supplemental complaint, ECF No. 9, is **DENIED**. This action is **DISMISSED**

without prejudice under 28 U.S.C. § 1915(g)." The Clerk shall also close the file.

**SO ORDERED on July 15, 2020.**

<u>**s/ MARK E. WALKER**</u>
**Chief United States District Judge**